# EXHIBIT A

In the Superior Court of the State of Arizona
In and For the County of Maricopa

**CV2017-012693**

(Please Type or Print)

**Plaintiff's Attorney:**
Brett L. Slavicek

**Attorney's Bar Number:** 019306

Plaintiff's Name(s): (List all)
Martin Wojtysiak

Deborah Wojtysiak

_____

(List additional plaintiffs on page two and/or attach a separate sheet).

Defendant's Name(s): (List all.)

State Farm Mutual Automobile Insurance Company; Metropolitan Property and Casualty Insurance Company

_____

_____

(List additional defendants on page two and/or attach a separate sheet).

MICHAEL K. JEANES, CLERK
BY          DEP
R. Mallard
R. MALLARD, FILED

Is Interpreter Needed? ☐ Yes ☒ No
17 SEP 29 PM 4:30
If yes, what language: _____

To the best of my knowledge, all information is true and correct.

Attorney/Pro Per Signature (if no attorney, YOUR signature)

Plaintiff's Address:
C/O The Slavicek Law Firm

5500 N. 24th Street

Phoenix, Arizona 85016

EMERGENCY ORDER SOUGHT:       ☐ Temporary Restraining Order       ☐ Provisional Remedy
(if applicable)       ☐ OSC – Order to Show Cause       ☐ Election Challenge
☐ Employer Sanction       ☐ Other _____

☐ RULE 8(i) COMPLEX LITIGATION DOES NOT APPLY. (Mark appropriate box under **Nature of Action**).

☐ RULE 8(i) COMPLEX LITIGATION APPLIES  Rule 8(i) of the Rules of Civil Procedure defines a "Complex Case" as civil actions that require continuous judicial management. A typical case involves a large number of witnesses, a substantial amount of documentary evidence, and a large number of separately represented parties. (Mark appropriate box on page two as to complexity, **in addition** to the Nature of Action case category).

**NATURE OF ACTION**
(Place an "X" next to the **one** case category that most accurately describes your primary case.)

**100 TORT MOTOR VEHICLE:**
☐ 101 Non-Death/Personal Injury
☐ 102 Property Damage
☐ 103 Wrongful Death
**110 TORT NON-MOTOR VEHICLE:**
☐ 111 Negligence
☐ 112 Product Liability – Asbestos
☐ 112 Product Liability – Tobacco
☐ 112 Product Liability – Toxic/Other
☐ 113 Intentional Tort
☐ 114 Property Damage
☐ 115 Legal Malpractice
☐ 115 Malpractice – Other professional
☐ 117 Premises Liability
☐ 118 Slander/Libel/Defamation

☐ 116 Other (Specify) _____
**120 MEDICAL MALPRACTICE:**
☐ 121 Physician M.D. ☐ 123 Hospital
☐ 122 Physician D.O ☐ 124 Other
**130 CONTRACTS:**
☐ 131 Account (Open or Stated)
☐ 132 Promissory Note
☐ 133 Foreclosure
☐ 138 Buyer-Plaintiff
☐ 139 Fraud
☒ 134 Other Contract (i.e. Breach of Contract)
☐ 135 Excess Proceeds - Sale
☐ Construction Defects (Residential/Commercial)
    ☐ 136 Six to Nineteen Structures
    ☐ 137 Twenty or More Structures

**150-199  OTHER CIVIL CASE TYPES:**
☐ 156 Eminent Domain/Condemnation
☐ 151 Forcible Detainer
☐ 152 Change of Name
☐ 153 Transcript of Judgment
☐ 154 Foreign Judgment
☐ 158 Quiet Title
☐ 160 Forfeiture
☐ 175 Election Challenge
☐ 179 Employer Sanction Action (A.R.S. §23-212)
☐ 180 Injunction against Workplace Harassment
☐ 181 Injunction against Harassment
☐ 182 Civil Penalty
☐ 186 Water Rights **(Not General Stream  Adjudication)**
☐ 187 Real Property
☐ Sexually Violent Persons (A.R.S. §36-3704)
    (Except Maricopa County)
☐ Minor Abortion (See Juvenile in Maricopa County)
☐ Special Action Against Lower Courts
    (See lower court appeal cover sheet in Maricopa)

**150-199 UNCLASSIFIED CIVIL CASE TYPES:**
☐ Administrative Review
    (See lower court appeal cover sheet in Maricopa)
☐ 150 Tax Appeal
(All other tax matters must be filed in the AZ Tax
Court)

☐ 155 Declaratory Judgment
☐ 157 Habeas Corpus
☐ 184 Landlord Tenant Dispute - Other
☐ 159 Restoration of Civil Rights (Federal)
☐ 159 Clearance of Records (A.R.S. §13-4051)
☐ 190 Declaration of Factual Innocence(A.R.S.§12-771)
☐ 191 Declaration of Factual Improper Party Status
☐ 193 Vulnerable Adult (A.R.S. §46-451)
☐ 165 Tribal Judgment
☐ 167 Structured Settlement (A.R.S. §12-2901)
☐ 169 Attorney Conservatorships (State Bar)
☐ 170 Unauthorized Practice of Law (State Bar)
☐ 171 Out-of-State Deposition for Foreign Jurisdiction
☐ 172 Secure Attendance of Prisoner
☐ 173 Assurance of Discontinuance
☐ 174 In-State Deposition for Foreign Jurisdiction
☐ 176 Eminent Domain–Light Rail Only
☐ 177 Interpleader– Automobile Only
☐ 178 Delayed Birth Certificate (A.R.S. §36-333.03)
☐ 183 Employment Dispute - Discrimination
☐ 185 Employment Dispute - Other
☐ 163 Other

_____
(Specify)

## COMPLEXITY OF THE CASE

If you marked the box on page one indicating that Complex Litigation applies, place an "X" in the box of no less than one of the following:

☐ Antitrust/Trade Regulation
☐ Construction Defect with many parties or structures
☐ Mass Tort
☐ Securities Litigation with many parties
☐ Environmental Toxic Tort with many parties
☐ Class Action Claims
☐ Insurance Coverage Claims arising from the above-listed case types

Additional Plaintiff(s)
_____

_____

Additional Defendant(s)
_____

_____

MICHAEL K. JEANES, CLERK
BY ~~Barraza~~ DEP

Y. BARRAZA, FILED

17 DEC 28  AM 9: 59

1  Brett L. Slavicek (No. 019306)
2  James E. Fucetola (No. 029332)
   **THE SLAVICEK LAW FIRM**
3  5500 N. 24th Street
   Phoenix, Arizona 85016
4  Telephone: (602) 285-4425
   Telephone: (602) 285-4424
5  Fax: (602) 287-9184
6  Email: brett@slaviceklaw.com
          james@slaviceklaw.com

| ORIGINAL |
|----------|

7
8  Attorneys for Plaintiffs

9          **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

10            **IN AND FOR THE COUNTY OF MARICOPA**

11  MARTIN WOJTYSIAK and DEBORAH     **Case No.:**
12  WOJTYSIAK, husband and wife,                   CV 2017-012693

13              Plaintiffs,          **SUMMONS**
14  vs.

15  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY, a foreign        If you would like legal advice from a lawyer,
16  corporation;  XYZ Corporations I-X;   Contact the Lawyer Referral Service at
    METROPOLITAN PROPERTY AND                   602-257-4434
17  CASUALTY INSURANCE COMPANY, a                      or
    foreign corporation; ABC Partnerships I-X,   www.maricopalawyers.org
18                                              Sponsored by the
                                           Maricopa County Bar Association
19              Defendants.

20
21  **THE STATE OF ARIZONA TO DEFENDANT:**

22      **State Farm, Mutual Automobile Insurance Company**
        c/o Director of Arizona Department of Insurance
23      2910 N. 44th Street, Suite 210
        Phoenix, Arizona 85018
24

25      **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time
26
    applicable, in this action in this Court.  If served within Arizona, you shall appear and defend
27

28                                    1

1    within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of

2    the day of service. If served out of the State of Arizona -- whether by direct service, by registered

3

4    or certified mail, or by publication -- you shall appear and defend within thirty (30) days after the

5    service of the Summons and Complaint upon you is complete, exclusive of the day of service.

6    Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive

7    service of legal process against it in this state, the insurer shall not be required to appear, answer

8    or plead until expiration of forty (40) days after date of such service upon the Director.  Service

9

10    by registered or certified mail without the State of Arizona is complete thirty (30) days after the

11    date of filing the receipt and affidavit of service with the Court.  Service by publication is

12    complete thirty (30) days after the date of first publication.  Direct service is complete when made.

13    Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing

14    the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-

15    502, 28-503.

16

17        YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within

18    the time applicable, judgment by default may be rendered against you for the relief demanded in

19    the Complaint.

20        YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or

21    proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee,

22

23    within the time required, and you are required to serve a copy of any Answer or response upon

24    the plaintiff's attorney.   RCP 10(d); A.R.S. §12-311; RCP 5.   Requests for reasonable

25    accommodation for persons with disabilities must be made to the division assigned to the case by

26    parties at least three judicial days in advance of a scheduled court proceeding.

27

28                          2

The name and address of Plaintiffs' attorney is:

BRETT L. SLAVICEK
**THE SLAVICEK LAW FIRM**
5500 N. 24th Street
Phoenix, Arizona 85016

MICHAEL K. JEANES, CLERK

SIGNED AND SEALED this date:     SEP **2 9** 2017

CLERK OF THE SUPERIOR COURT

By _____
        Deputy Clerk

R. Mallard
Deputy Clerk

3

MICHAEL K. JEANES, CLERK
BY Y. Barraza DEP

Y. BARRAZA, FILED

17 DEC 28  AM 10: 00

1  Brett L. Slavicek (No. 019306)
2  James E. Fucetola (No. 029332)
   **THE SLAVICEK LAW FIRM**
3  5500 N. 24th Street
   Phoenix, Arizona 85016
4  Telephone: (602) 285-4425
   Telephone: (602) 285-4424
5  Fax: (602) 287-9184
6  Email: brett@slaviceklaw.com
        james@slaviceklaw.com          ORIGINAL
7
8  Attorneys for Plaintiffs
9      **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**
10         **IN AND FOR THE COUNTY OF MARICOPA**
11  MARTIN WOJTYSIAK and DEBORAH      **Case No.:**    CV 2017-012693
12  WOJTYSIAK, husband and wife,
13              Plaintiffs,           **SUMMONS**
14  vs.
15  STATE FARM MUTUAL AUTOMOBILE
    INSURANCE COMPANY, a foreign          If you would like legal advice from a lawyer
16  corporation;  XYZ Corporations I-X;    Contact the Lawyer Referral Service at
    METROPOLITAN PROPERTY AND                     602-257-4434
17  CASUALTY INSURANCE COMPANY, a                      or
18  foreign corporation; ABC Partnerships I-X,    www.maricopalawyers.org
                                                  Sponsored by the
19              Defendants.                   Maricopa County Bar Association
20
21  **THE STATE OF ARIZONA TO DEFENDANT:**
22      **Metropolitan Property and Casualty Insurance Company**
        c/o Director of Arizona Department of Insurance
23      2910 N. 44th Street, Suite 210
        Phoenix, Arizona  85018
24
25      **YOU ARE HEREBY SUMMONED** and required to appear and defend, within the time
26  applicable, in this action in this Court.  If served within Arizona, you shall appear and defend
27
28                                    1

within twenty (20) days after the service of the Summons and Complaint upon you, exclusive of the day of service. If served out of the State of Arizona -- whether by direct service, by registered or certified mail, or by publication -- you shall appear and defend within thirty (30) days after the service of the Summons and Complaint upon you is complete, exclusive of the day of service. Where process is served upon the Arizona Director of Insurance as an insurer's attorney to receive service of legal process against it in this state, the insurer shall not be required to appear, answer or plead until expiration of forty (40) days after date of such service upon the Director. Service by registered or certified mail without the State of Arizona is complete thirty (30) days after the date of filing the receipt and affidavit of service with the Court. Service by publication is complete thirty (30) days after the date of first publication. Direct service is complete when made. Service upon the Arizona Motor Vehicle Superintendent is complete thirty (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return. RCP 4; A.R.S. §§ 20-222, 28-502, 28-503.

YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend within the time applicable, judgment by default may be rendered against you for the relief demanded in the Complaint.

YOU ARE CAUTIONED that in order to appear and defend, you must file an Answer or proper response in writing with the Clerk of this Court, accompanied by the necessary filing fee, within the time required, and you are required to serve a copy of any Answer or response upon the plaintiff's attorney. RCP 10(d); A.R.S. §12-311; RCP 5. Requests for reasonable accommodation for persons with disabilities must be made to the division assigned to the case by parties at least three judicial days in advance of a scheduled court proceeding.

The name and address of Plaintiffs' attorney is:

BRETT L. SLAVICEK
**THE SLAVICEK LAW FIRM**
5500 N. 24th Street
Phoenix, Arizona 85016

MICHAEL K. JEANES, CLERK

SIGNED AND SEALED this date: _____ SEP 2 0 2017

CLERK OF THE SUPERIOR COURT

Deputy Clerk

R. Mallard
Deputy Clerk

3

MICHAEL K. JEANES
Clerk of the Superior Court
By Rebecca Wallard, Deputy
Date 09/29/2017 Time 16:34:32
Description                Amount
------ CASE# CV2017-012693 ------
CIVIL NEW COMPLAINT               322.00

TOTAL AMOUNT                      322.00
        Receipt# 26184688

Brett L. Slavicek (No. 019306)
James E. Fucetola (No. 029332)
**THE SLAVICEK LAW FIRM**
5500 N. 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4425
Telephone: (602) 285-4424
Fax: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com

Attorneys for Plaintiffs

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| MARTIN WOJTYSIAK and DEBORAH WOJTYSIAK, husband and wife, | **Case No.:**  CV 2017 - 012693 |
| Plaintiffs, | |
| vs. | **COMPLAINT** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation;  XYZ Corporations I-X; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation; ABC Partnerships I-X, | (Breach of Contract) |
| Defendants. | |

Plaintiffs allege:

1.      Plaintiffs are residents of Maricopa County, State of Arizona.

2.      Defendant State Farm Mutual Automobile Insurance Company is a foreign corporation, duly licensed to sell and administer insurance in the State of Arizona.

1

3.      Defendant Metropolitan Property and Casualty Insurance Company is a foreign corporation, duly licensed to sell and administer insurance in the State of Arizona and doing business as "MetLife Auto & Home."

4.      XYZ Corporations I-X; ABC Partnerships I-X are partnerships, corporations or unincorporated associations subject to suit in a common name whose names are unknown and who are, therefore, designated by fictitious names pursuant to Rule 10(f), Arizona Rules of Civil Procedure.  Each of these defendants is liable for breach of contract or responsible as a matter of law for the acts of others constituting a breach of contract.

5.      All acts alleged here arose from an occurrence within Maricopa County, State of Arizona.

6.      Plaintiffs' claims are subject to the jurisdiction of the Superior Court for the State of Arizona and requests compensation in the amounts above the minimum set for jurisdiction in Superior Court for the State of Arizona.

7.      This Court has subject matter jurisdiction and personal jurisdiction over all of the parties listed above.

8.      On or about October 2, 2011, Plaintiff Martin Wojtysiak was involved in a motor vehicle accident with an underinsured driver.

9.      At the time of the accident, Plaintiffs were insured under State Farm Mutual Automobile Insurance Company policies 1103397F1213F and 9616795D2513G, which provided uninsured and underinsured motorist benefits, along with Medical Payments coverage.

10.      At the time of the accident, Plaintiffs were insured under Metropolitan Property and Casualty Insurance Company policy 7882457410, which provided uninsured and underinsured motorist benefits, along with Medical Payments coverage.

11.    As a direct and proximate result of the collision, Plaintiff Martin Wojtysiak suffered and still suffers injuries and limitations, most especially to his low back.

12.    As a direct and proximate result of the accident and the injuries sustained, Plaintiff Martin Wojtysiak incurred past medical bills exceeding $345,000 and will continue to incur medical bills.

13.    As a direct and proximate result of the accident, Plaintiff Martin Wojtysiak has experienced pain, limitations, disfigurement, disability and discomfort and will continue to endure such experiences in the future.

14.    As a direct result of Plaintiff's injuries, Plaintiff Deborah Wojtysiak suffered the loss of the care, comfort and companionship of her husband.

15.    As a direct result of the collision, Plaintiffs suffered property damage including but not limited to veterinarian bills and loss of personal property.

16.    Subsequent to the accident, the underinsured motorist's insurer, State Farm Mutual Automobile Insurance Company, paid Plaintiffs the liability policy limits of $1,100,000 for his compensatory damages.

17.    Thereafter, Plaintiffs, pursuant to the provisions of the State Farm Mutual Automobile Insurance Company and Metropolitan Property and Casualty Insurance Company policies, gave notice of claims for underinsured motorist coverage to State Farm Mutual Automobile Insurance Company and Metropolitan Property and Casualty Insurance Company on October 1, 2104.

18.    Plaintiffs and Defendants have not reached settlements of Plaintiffs' Underinsured Motorist or Medical Payments claims.

3

19.     Pursuant to the contracts of insurance issued by Defendants to Plaintiffs, since the claims have not settled and the parties have not agreed to arbitration, Plaintiffs are required to file suit against Defendants for the purpose of proving the merits of their underinsured motorist claims.

20.     Defendants' failure to investigate Plaintiffs' Underinsured Motorist and Medical Payments claims and make settlement offers constitutes breaches of contract.

21.     As a direct and proximate result of Defendants' breaches, Plaintiffs have incurred direct and consequential damages.

WHEREFORE, Plaintiffs request that judgment be entered against Defendants as follows:

1.     Breach of contract;

2.     For special damages for Plaintiffs in an amount to be proven at trial;

3.     For general damages in an amount deemed a fair and reasonable sum in excess of the minimum jurisdictional limits of this court;

4.     For Plaintiffs' costs incurred herein;

5.     For attorney's fees and taxable costs pursuant to A.R.S. § 12-341.01;

6.     For pre and post-judgment interest at the statutory rate of ten percent (10%) per annum; and

7.     For such other and further relief as the Court deems just and appropriate.

DATED this 29ᵗʰ day of September, 2017.

THE SLAVICEK LAW FIRM

By _____
Brett L. Slavicek
James E. Fucetola
5500 N. 24ᵗʰ Street
Phoenix, Arizona  85016

4

MICHAEL K. JEANES, CLERK
BY _____ DEP.

*R Mallard*

R. MALLARD. FILED

17 SEP 29 PM 4: 33

Brett L. Slavicek (No. 019306)
James E. Fucetola (No. 029332)
**THE SLAVICEK LAW FIRM**
5500 N. 24th Street
Phoenix, Arizona 85016
Telephone: (602) 285-4425
Telephone: (602) 285-4424
Fax: (602) 287-9184
Email: brett@slaviceklaw.com
        james@slaviceklaw.com

Attorneys for Plaintiffs

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| MARTIN WOJTYSIAK and DEBORAH WOJTYSIAK, husband and wife, | Case No.: CV 2017-012693 |
| Plaintiffs, | **CERTIFICATE OF COMPULSORY ARBITRATION** |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation;  XYZ Corporations I-X; METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign corporation; ABC Partnerships I-X, | |
| Defendants. | |

The undersigned certifies that he or she knows the dollar limits and any other limitations set forth by the local rules of practice for the applicable superior court, and further certifies that this case is not subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

....
....
....

1

1

2   DATED this 29ᵗʰ day of September, 20 17 .

3

4
                                          THE SLAVICEK LAW FIRM
5

6                                         By _____
7                                            Brett L. Slavicek
                                             Trevor R. Orme
8                                            5500 N. 24ᵗʰ Street
                                             Phoenix, Arizona  85016
9                                            Attorneys for Plaintiffs

10  COPY of the foregoing hand delivered
    this 29ᵗʰ day of September, 20 17 , to:
11
12  Arbitration Department
    Maricopa County Superior Court
13  201 W. Jefferson
    Phoenix, Arizona 85003
14

15

16  By Christina Jaime
17     Christina Jaime

18

19

20

21

22

23

24

25

26

27

28                              2


Office Distribution

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

**FILED**
12/06/2017
by Superior Court Admin
on behalf of Clerk of the
Superior Court

Ct. Admin
Deputy

12/02/2017

COURT ADMINISTRATION

**Case Number:** CV2017-012693

**Martin Wojtysiak**

**V.**

**State Farm Mutual Automobile Insurance Company**

---

The Judge assigned to this action is the Honorable Margaret Mahoney

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 09/29/2017 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 12/28/2017. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

# Superior Court of Maricopa County - Integrated Court Information System
## Endorsee Party Listing
Case Number:  CV2017-012693

| Party Name | Attorney Name | |
|---|---|---|
| Deborah Wojtysiak | James E Fucetola | Bar ID:  029332 |
| Martin Wojtysiak | James E Fucetola | Bar ID:  029332 |

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

MICHAEL K. JEANES, CLERK
BY                          DEP
Y. BARRAZA, FILED

**17 DEC 28  AM 9: 59**

Client File # Wojtysiak 5.779
Account   # 0730
Invoice    # 298627
Liddy      # 248531-2

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

**MARTIN WOJTYSIAK, et al.,**

**Plaintiff(s),**

vs

**STATE FARM MUTUAL AUTOMOBILE INSURANCE
COMPANY, a foreign corporation, et al.,**

**Defendant(s).**

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2017-012693

☐ **ORIGINAL**

**ENTITY/PERSON TO BE SERVED:** State Farm Mutual Automobile Insurance Company
c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:** 2910 North 44th Street, 2nd Floor - Suite 210, Phoenix, AZ, 85018

**DATE OF SERVICE:** On the ___27th___ day of _December_ , _2017_ at _10:30_ AM     County _Maricopa_

☐ PERSONAL SERVICE ☒   Left a copy with a person authorized to   ☐   At this usual place of abode, I left a copy
accept service.                                                                                with a person of suitable age and discretion
                                                                                                     residing therein.

**Name of Person Served and Relationship/Title**

Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Yuliana

Salinas, Fiscal Service Specialist, authorized to receive and accept service of process

in the State of Arizona by Arizona Director of Insurance.

on ____12/26/2017____ we received the following documents for service:

2 sets of a Summons; Complaint; and Certificate of Arbitration.
Tendering a service of process fee of $15.00.

**Received from THE SLAVICEK LAW FIRM, ( JAMES FUCETOLA #029332 )**

PROCESS SERVER: _Floyd R. Brown #8388_

The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.

SIGNATURE OF PROCESS SERVER: _Floyd R. Brown_                              Date: _12/27/2017_

| Item | Amount |
|---|---|
| Service of Process | $16.00 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Doc. Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true
and correct and was executed on this date.

Total     $42.50



Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

| Date: | 12/27/2017 |
|---|---|
| Receipt #: | 0066491 |

ADDITIONAL INFORMATION:
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
C V2017–012693

| Payor/Licensee Name: | LIDDY LEGAL SUPPORT SERVICES |
|---|---|

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| **Amount Paid by Check 40009:** | **$15.00** |
| **Credit Tendered:** | **$0.00** |
| **Cash Tendered:** | **$0.00** |
| **Change Returned:** | **$0.00** |
| **Payment Total:** | **$15.00** |

**The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to**

Scott B. Greenberg, Chief Operating Officer
2910 North 44th Street, Suite 210
Phoenix, Arizona  85018-7269
Fax: 602.364.2400
e-mail: SGreenberg@azinsurance.gov.

# Liddy Legal Support Services

PO Box 2007, Phoenix, AZ 85001
63 E. Pennington St., #102, Tucson, AZ 85702
2700 Woodlands Village Blvd., #300-420, Flagstaff, AZ 86001
Phoenix 602-297-0676, Tucson 520-628-2824, Flagstaff 928-225-7737

MICHAEL K. JEANES, CLERK
BY Y. Barraza DEP
Y. BARRAZA, FILED
17 DEC 28  AM 10: 00

Client File # Wojtysiak 5.779
Account # 0730
Invoice # 298625
Liddy # 248531-1

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MARICOPA

**MARTIN WOJTYSIAK, et al.,**

Plaintiff(s),

vs

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, et al.,**

Defendant(s).

**CERTIFICATE OF SERVICE
BY PRIVATE PROCESS SERVER**
Case No. CV2017-012693

☐ **ORIGINAL**

**ENTITY/PERSON TO BE SERVED:** Metropolitan Property and Casualty Insurance Company c/o Arizona Director of Insurance, Statutory Agent

**PLACE OF SERVICE:** 2910 North 44th Street, 2nd Floor - Suite 210, Phoenix, AZ, 85018

**DATE OF SERVICE:** On the ___27th___ day of ___December___ , ___2017___ at ___10:30___ ___AM___   County ___Maricopa___

☐ PERSONAL SERVICE [X] Left a copy with a person authorized to accept service.     ☐ At this usual place of abode, I left a copy with a person of suitable age and discretion residing therein.

**Name of Person Served and Relationship/Title**

Served 2 sets on Arizona Director of Insurance, Statutory Agent, by serving Yuliana

Salinas, Fiscal Service Specialist, authorized to receive and accept service of process

in the State of Arizona by Arizona Director of Insurance.

on ___12/26/2017___ we received the following documents for service:

2 sets of a Summons; Complaint; and Certificate of Arbitration.
Tendering a service of process fee of $15.00.

**Received from THE SLAVICEK LAW FIRM, ( JAMES FUCETOLA #029332 )**

PROCESS SERVER: ___Floyd R. Brown #8388___

**The undersigned states: That I am a certified private process server in the county of Maricopa and am an Officer of the Court.**

SIGNATURE OF PROCESS SERVER: _____   Date: 12/27/2017

| Item | Amount |
|------|--------|
| Service of Process | $16.00 |
| Mileage | $21.60 |
| Fee Advance | $15.00 |
| Fee Adv SC (10%) | $1.50 |
| Doc. Prep Fee | $10.00 |

**Tax ID# 90-0533870**
I declare under penalty of perjury that the foregoing is true and correct and was executed on this date.

Total     $64.10



### Arizona Department of Insurance
# RECEIPT OF PAYMENT

*The mission of the Department of Insurance is to faithfully execute state insurance laws in a manner that protects insurance consumers and encourages robust competition and economic development.*

| Date: | 12/27/2017 |
|---|---|
| Receipt #: | 0066490 |

ADDITIONAL INFORMATION:
METROPOLITAN PROPERTY AND CASUALTY
INSURANCE COMPANY
CV2017-012693

| Payor/Licensee Name: | LIDDY LEGAL SUPPORT SERVICES |
|---|---|

| Description of Fee | Amount |
|---|---|
| OTHER, SERVICE OF PROCESS FEES | $15.00 |
| **Transaction Total:** | **$15.00** |

| Payment Information | |
|---|---|
| **Amount Paid by Check 40008:** | $15.00 |
| **Credit Tendered:** | $0.00 |
| **Cash Tendered:** | $0.00 |
| **Change Returned:** | $0.00 |
| **Payment Total:** | **$15.00** |

The Arizona Department of Insurance continually works to improve service to its customers.
Please send, fax or e-mail any ideas on how we can improve to

Scott B. Greenberg, Chief Operating Officer
2910 North 44th Street, Suite 210
Phoenix, Arizona 85018-7269
Fax: 602.364.2400
e-mail: SGreenberg@azinsurance.gov.